**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 8, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00593-CV**

---

**IN RE ELIZON MASTER PARTICIPATE TRUST I, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE SUCCESSOR-IN-INTEREST TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-44204**

---

## MEMORANDUM OPINION

On July 30, 2019, relator Elizon Master Participate Trust I, U.S. Bank Trust National Association, as Owner Trustee Successor-In-Interest to Nationstar

Mortgage LLC d/b/a Mr. Cooper filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ursula Hall, presiding judge of the 165th District Court of Harris County, to rule on relator's motion for substituted service.

On July 30, 2019, Judge Hall signed an order granting the motion for substituted service.

On August 2, 2019, relator filed a motion to dismiss its petition for writ of mandamus.

We **GRANT** relator's motion and **DISMISS** relator's petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.